United States Bankruptcy Court
Central District of California

United States Trustee (LA),
    Plaintiff

Adv. Proc. No. 17-01487-RK

Murray-Calcote,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: mbakchell     Page 1 of 1     Date Rcvd: Sep 28, 2017
                     Form ID: pdf031     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
dft         +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:
         Kenneth G Lau    on behalf of Plaintiff    United States Trustee (LA) kenneth.g.lau@usdoj.gov
         Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,   vbowen@gonzalezplc.com,
         khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
         United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                    TOTAL: 3





# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY MONIQUE MURRAY-CALCOTE<br><br>Debtor.<br><br>――――――――――――――――<br>UNITED STATES TRUSTEE<br><br>Plaintiff(s),<br><br>vs.<br><br>BEVERLY MONIQUE MURRAY-CALCOTE<br><br>Defendant(s). | Case No. 2:17-bk-11972-RK<br><br>Chapter 7<br><br>Adv. No. 2:17-ap-01487-RK<br><br>**ORDER SETTING INITIAL STATUS CONFERENCE IN ADVERSARY PROCEEDING** |

**TO THE PARTIES TO THE ABOVE-ENTITLED ADVERSARY PROCEEDING, WHETHER REPRESENTED BY COUNSEL OR SELF-REPRESENTED:**

This adversary proceeding is assigned to Judge Robert Kwan, United States Bankruptcy Judge. This matter having been assigned to Judge Kwan,

IT IS HEREBY ORDERED as follows:

1. A status conference in the adversary proceeding is hereby scheduled before Judge Kwan for Tuesday November 28, 2017 at 1:30 p.m., in Courtroom 1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California. All parties to the adversary proceeding are ordered to appear at the status conference either by counsel, or for themselves if they are self-represented. This order to appear applies to all plaintiffs, all parties who have filed counterclaims and cross-claims, all defendants served with a complaint, counterclaim or cross-claim, and all parties to a removed action (the "Parties").[1]

2. **As a party to this adversary proceeding, your appearance at the status conference is required by this order and Local Bankruptcy Rule 7016-1. The failure of a Party to appear at a status conference or a pre-trial conference without excuse may be considered an abandonment or failure to prosecute or defend diligently, and the court may impose sanctions against the culpable Party, including monetary sanctions or terminating sanctions, such as dismissal of the adversary proceeding or entry of default judgment may be entered against the defaulting Party. Rules 7016-1 and 9011-3 of the Local Bankruptcy Rules.**

3. The court expects that all parties have read and are familiar with the applicable court rules, including the Local Bankruptcy Rules of this court, which may be viewed online on the court's website at http://www.cacb.uscourts.gov/local-rules.

4. As required by the applicable rules of court, including Rule 7004 of the Federal Rules of Bankruptcy Procedure, Plaintiff, or Counterclaimant, or Cross-Claimant, or Removing Party must promptly serve copies of the following documents on all other parties:

---

[1] All parties are required to be in the courtroom promptly at the time of hearing. This means parties should set aside at least 15 minutes to account for possible problems with traffic, parking, getting through the courthouse security checkpoint and taking the building elevator, etc. The address and parking information for the court can be found on the court's website at http://www.cacb.uscourts.gov/court-locations/los-angeles

2

    a. This order;

    b. Summons and complaint, or counterclaim, or cross-claim, or notice of removal of action, as applicable;

    c. Notice of required compliance with Local Bankruptcy Rule 7026-1. Summonses to be served with pleadings must be served within 7 days of issuance by the Clerk of Court as required by Rule 7004(e) of the Federal Rules of Bankruptcy Procedure.

5. Plaintiff, or Counterclaimant, or Cross-Claimant, or Removing Party must promptly file a proof of service indicating that all documents in paragraph 4 of this order were served on all other Parties. Failure to serve copies of these documents in a timely manner and/or failure to file a proof of service of these documents in a timely manner may result in the court imposing sanctions against the culpable Party for failure to prosecute.

6. Pursuant to Local Bankruptcy Rule 7016-1(a)(2), all Parties must file and serve a Joint Status Report at least fourteen days before the status conference (see paragraph 1 of this order). For the Joint Status Report, the Parties must use the Local Form 7016-1.STATUS.REPORT, which can be found on the court's website at http://www.cacb.uscourts.gov/forms/local_bankruptcy_rules_forms or at the court's intake office on the 9th Floor of the Roybal Federal Building, 255 East Temple Street, Los Angeles, California.

7. If any Party fails to cooperate in the preparation of a Joint Status Report, the other Party or Parties must file and serve a Unilateral Status Report at least ten days before the date scheduled for the status conference hearing. Any Unilateral Status Report must include a declaration under penalty of perjury made by the Party filing the Unilateral Status Report, or the Party's attorney, explaining the attempts made to obtain the cooperation of the Party that failed to cooperate in preparing a Joint Status Report.

3

8. **As a party to this adversary proceeding, you are required to prepare and file a Joint Status Report or a Unilateral Status Report by this order and Local Bankruptcy Rule 7016-1. The failure of a Party to cooperate in the preparation and filing of a Joint Status Report or a Unilateral Status Report without excuse may also be considered an abandonment or failure to prosecute or defend diligently, and the court may impose sanctions against the culpable Party, including monetary sanctions or terminating sanctions, such as dismissal of the adversary proceeding or entry of default judgment may be entered against the defaulting Party. Rules 7016-1 and 9011-3 of the Local Bankruptcy Rules.**

9. At the status conference, the court expects that the parties will be prepared to discuss the status of service of the pleadings (including the complaint, counterclaims and cross-claims and pleadings in removed actions), the status of responsive pleadings (including answers and motions to attack the pleadings, such as motions to dismiss, to strike or for more definite statement, to remand or transfer venue), the status of served but non-appearing parties (including whether requests for entry of default or motions for default judgment are pending), and the matters set forth in Local Bankruptcy Rule 7016-1 (including proposed schedules for discovery completion, law and motion matters, pretrial conference and trial, whether the parties have conducted an early meeting under Local Bankruptcy Rule 7026-1, whether the parties are interested in and have discussed settlement, and mediation or alternative dispute resolution), and any other issues affecting the status or management of the adversary proceeding.

IT IS SO ORDERED.

###

SEP 2 8 2017

U.S. Bankruptcy Judge

4