| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE<br>KENNETH G. LAU, State Bar No. 155314<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017-3560<br>(213) 894-4480 telephone<br>(213) 894-2603 facsimile<br>Email:       Kenneth.G.Lau@usdoj.gov<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff United States Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – San Fernando Valley DIVISION**

| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>Debtor(s). | CASE NO.: 2:17-bk-11972 RK<br>CHAPTER: 7<br>ADVERSARY NO.: 2:17-AP-01487 RK |
|---|---|
| UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>Plaintiff(s),<br><br>vs.<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** *(title of motion[1])*: Order Approving Stipulation Between Plaintiff United States Trustee ,Defendant Beverly Monique Murray-Calcote And Chapter 7 Trustee Gonzalez To Voluntarily Dismiss Case With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Concurrent Request To Vacate Status Conference Hearing Date, And To Withdraw And Close Adversary Action As Fully-Resolved |

PLEASE TAKE NOTE that the order or judgment titled <u>Order Approving Stipulation Between Plaintiff United States Trustee ,Defendant Beverly Monique Murray-Calcote And Chapter 7 Trustee Gonzalez To Voluntarily Dismiss Case With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Concurrent Request To Vacate Status Conference Hearing Date, And To Withdraw And Close Adversary Action As Fully-Resolved</u> was lodged on *(date)* <u>January 25, 2018</u> and is attached. This order relates to the stipulation which is docket number 11.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, SBN 89395
Assistant United States Trustee
Kenneth G. Lau, SBN 155314
Trial Counsel
OFFICE OF THE U.S. TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email:    *Kenneth.G.Lau@usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>　　　　Debtor.<br><br>―――――――――――――――<br><br>UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>　　　　Defendant. | Case No.   2:17-bk-11972 RK<br><br>Adv. No.: 2:17-ap-01487 RK<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION BETWEEN PLAINTIFF UNITED STATES TRUSTEE, DEFENDANT BEVERLY MONIQUE MURRAY-CALCOTE AND CHAPTER 7 TRUSTEE GONZALEZ TO VOLUNTARILY DISMISS CASE WITH A REFILING BAR AS TO CHAPTER 7 ONLY IN LIEU OF DENIAL OF CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); CONCURRENT REQUEST TO VACATE STATUS CONFERENCE HEARING DATE, AND TO WITHDRAW AND CLOSE ADVERSARY ACTION AS FULLY-RESOLVED<br><br>Continued Status Conference:<br>Date:  May 22, 2018<br>Time:  1:30 p.m.<br>Place:  Courtroom 1675<br>　　　 255 E. Temple Street<br>　　　 Los Angeles, CA |

PURSUANT TO the <u>Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C. §§ 707(b)(3) and 707(a) With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing Adversary Action</u> ("Stipulation"), documenting the stipulated entry of

- 1 -

an Order effecting the voluntary dismissal of Defendant's underlying Chapter 7 Case with a Refiling Bar as to Chapter 7 Only, the voluntary withdrawal of the U.S. Trustee's pending Adversary Action, 2:17-ap-01487 RK and the parties' concurrent request to vacate the continued Status Conference Hearing date of May 22, 2018 at 1:30 p.m., with the closure of the U.S. Trustee's instant Adversary Action against Defendant/ Debtor, BEVERLY MONIQUE MURRAY-CALCOTE, as previously-agreed by and between the parties, through their respective counsel, GOOD CAUSE HAVING BEEN SHOWN:

1. This case is hereby and immediately DISMISSED, with a 8-year refiling bar for any subsequent Chapter 7 case only, from the entry date of the Order approving this Stipulation, in lieu of denial of the Defendant/Debtor's Chapter 7 discharge 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5);

2. The Defendant/Debtor shall not and will not file a petition for relief under chapter 7 of Title 11 for a period of 8 years after the bankruptcy court's entry of this Order;

3. Any order previously entered granting Defendant/Debtor BEVERLY MONIQUE MURRAY-CALCOTE a discharge in Case No. 2:17-bk-11972 RK, the above-captioned Chapter 7 bankruptcy case, is VACATED;

4. The Adversary Action commenced by Plaintiff's Complaint For Denial of the Defendant/Debtor's Discharge, Adv. No. 2:17-ap-01487 RK is fully resolved under the terms of the Stipulation, and is therefore HEREBY WITHDRAWN, and shall be CLOSED concurrently with the entry of this Order;

5. Pursuant to the Stipulation, Chapter 7 Trustee Gonzalez and his court-approved professionals have waived their respective fees and expenses incurred throughout the course of this bankruptcy case to investigate and attempt to administer estate assets. Contemporaneously with the entry of this Order, Chapter 7 Trustee Gonzalez shall return any and all estate assets,

and potential estate assets, in his possession and/or control to the custody and possession of the holder or holders of said assets;

    6.    Plaintiff, Defendant/Debtor and the Chapter 7 Trustee shall each bear their own fees and costs in connection with the underlying bankruptcy case, including the U.S. Trustee's Adversary Action, and each waives the right to make a claim against the other for such costs, attorneys' fees or any other expenses associated with this matter, including the U.S. Trustee's underlying Adversary Action; and

    7.    The continued status conference in the Adversary Action, currently set for May 22, 2018 at 1:30 p.m, is hereby VACATED as moot.

IT IS SO ORDERED:

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___01/25/18___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name | Capacity | Email Address |
|---|---|---|
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| Jeremy Faith/ Noreen A Madoyan | Chapter 7 Trustee's Counsel | Noreen@MarguliesFaithLaw.com; Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com ;Brian@MarguliesFaithlaw.com |
| Rosendo Gonzalez (TR) | Chapter 7 Trustee | rgonzalez@ecf.epiqsystems.com, vbowen@gonzalezplc.com ,rossgonzalez@gonzalezplc.com |
| Julie J Villalobos/ Larry Fieselman | Debtor's Counsel | julie@oaktreelaw.com, oakecfmail@gmail.com; r51108@notify.bestcase.com |
| United States Trustee (LA) |  | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor**:
Beverly Monique Murray-Calcote
3166 West Ave M-2
Lancaster CA 93536

3. **SERVED BY (state method for each person served):**

**FEDERAL EXPRESS OVERNIGHT MAIL**

Judge's Copy

The Honorable Robert Kwan
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

Not Applicable

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

01/25/18     Lawrence Pleasant
Date           Printed Name           Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012       Page 3       F 9021-1.2.ADV.NOTICE.LODGMENT