PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, SBN 89395
Assistant United States Trustee
Kenneth G. Lau, SBN 155314
Trial Counsel
OFFICE OF THE U.S. TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email:     *Kenneth.G.Lau@usdoj.gov*



**FILED & ENTERED**

**JAN 26 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell  **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>    Debtor.<br>_____<br><br>UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16,<br><br>    Plaintiff,<br><br>v.<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>    Defendant.<br>_____ | Case No.   2:17-bk-11972 RK<br><br>Adv. No.:  2:17-ap-01487 RK<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION BETWEEN PLAINTIFF UNITED STATES TRUSTEE, DEFENDANT BEVERLY MONIQUE MURRAY-CALCOTE AND CHAPTER 7 TRUSTEE GONZALEZ TO VOLUNTARILY DISMISS CASE WITH A REFILING BAR AS TO CHAPTER 7 ONLY IN LIEU OF DENIAL OF CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); CONCURRENT REQUEST TO VACATE STATUS CONFERENCE HEARING DATE, AND TO WITHDRAW AND CLOSE ADVERSARY ACTION AS FULLY-RESOLVED<br><br>Continued Status Conference:<br>Date:   May 22, 2018<br>Time:   1:30 p.m.<br>Place:  Courtroom 1675<br>        255 E. Temple Street<br>        Los Angeles, CA |

      PURSUANT TO the <u>Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C. §§ 707(b)(3) and 707(a) With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing Adversary Action</u> ("Stipulation"), documenting the stipulated entry of

an Order effecting the voluntary dismissal of Defendant's underlying Chapter 7 Case with a Refiling Bar as to Chapter 7 Only, the voluntary withdrawal of the U.S. Trustee's pending Adversary Action, 2:17-ap-01487 RK and the parties' concurrent request to vacate the continued Status Conference Hearing date of May 22, 2018 at 1:30 p.m., with the closure of the U.S. Trustee's instant Adversary Action against Defendant/ Debtor, BEVERLY MONIQUE MURRAY-CALCOTE, as previously-agreed by and between the parties, through their respective counsel, GOOD CAUSE HAVING BEEN SHOWN:

1. This case is hereby and immediately DISMISSED, with a 8-year refiling bar for any subsequent Chapter 7 case only, from the entry date of the Order approving this Stipulation, in lieu of denial of the Defendant/Debtor's Chapter 7 discharge 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5);

2. The Defendant/Debtor shall not and will not file a petition for relief under chapter 7 of Title 11 for a period of 8 years after the bankruptcy court's entry of this Order;

3. Any order previously entered granting Defendant/Debtor BEVERLY MONIQUE MURRAY-CALCOTE a discharge in Case No. 2:17-bk-11972 RK, the above-captioned Chapter 7 bankruptcy case, is VACATED;

4. The Adversary Action commenced by Plaintiff's Complaint For Denial of the Defendant/Debtor's Discharge, Adv. No. 2:17-ap-01487 RK is fully resolved under the terms of the Stipulation, and is therefore HEREBY WITHDRAWN, and shall be CLOSED concurrently with the entry of this Order;

5. Pursuant to the Stipulation, Chapter 7 Trustee Gonzalez and his court-approved professionals have waived their respective fees and expenses incurred throughout the course of this bankruptcy case to investigate and attempt to administer estate assets. Contemporaneously with the entry of this Order, Chapter 7 Trustee Gonzalez shall return any and all estate assets,

and potential estate assets, in his possession and/or control to the custody and possession of the holder or holders of said assets;

6. Plaintiff, Defendant/Debtor and the Chapter 7 Trustee shall each bear their own fees and costs in connection with the underlying bankruptcy case, including the U.S. Trustee's Adversary Action, and each waives the right to make a claim against the other for such costs, attorneys' fees or any other expenses associated with this matter, including the U.S. Trustee's underlying Adversary Action; and

7. The continued status conference in the Adversary Action, currently set for May 22, 2018 at 1:30 p.m, is hereby VACATED as moot.

IT IS SO ORDERED:

###

Date: January 26, 2018

_____
Robert Kwan
United States Bankruptcy Judge

- 3 -