United States Bankruptcy Court
Central District of California

United States Trustee (LA),
    Plaintiff

Adv. Proc. No. 17-01487-RK

Murray-Calcote,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Jan 26, 2018
                      Form ID: pdf031    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
dft        +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        Courtesy NEF
                                                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
        Julie J Villalobos    on behalf of Defendant Beverly Monique Murray-Calcote julie@oaktreelaw.com,
         oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
        Kenneth G Lau    on behalf of Plaintiff    United States Trustee (LA) kenneth.g.lau@usdoj.gov
        Noreen A Madoyan    on behalf of Interested Party    Courtesy NEF Noreen@MarguliesFaithLaw.com,
         Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
        Noreen A Madoyan    on behalf of Trustee Rosendo  Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
         Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
        Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,
         rossgonzalez@gonzalezplc.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                              TOTAL: 6

1  PETER C. ANDERSON
2  UNITED STATES TRUSTEE
   Jill M. Sturtevant, SBN 89395
3  Assistant United States Trustee
   Kenneth G. Lau, SBN 155314
4  Trial Counsel
   OFFICE OF THE U.S. TRUSTEE
5  915 Wilshire Boulevard, Suite 1850
   Los Angeles, California 90017-3560
6  (213) 894-4480 telephone
   (213) 894-2603 facsimile
7  Email:        Kenneth.G.Lau@usdoj.gov

**FILED & ENTERED**

JAN 26 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10             LOS ANGELES DIVISION

11  In re:                              )  Case No.   2:17-bk-11972 RK
                                        )
12  BEVERLY MONIQUE MURRAY-             )  Adv. No.:  2:17-ap-01487 RK
    CALCOTE,                            )
13                                      )  Chapter 7
                                        )
14          Debtor.                     )  ORDER APPROVING STIPULATION
                                        )  BETWEEN PLAINTIFF UNITED STATES
15  _____ )  TRUSTEE, DEFENDANT BEVERLY
                                        )  MONIQUE MURRAY-CALCOTE AND
16  UNITED STATES TRUSTEE FOR THE       )  CHAPTER 7 TRUSTEE GONZALEZ TO
    CENTRAL DISTRICT OF CALIFORNIA,     )  VOLUNTARILY DISMISS CASE WITH A
17  REGION 16,                          )  REFILING BAR AS TO CHAPTER 7 ONLY
                                        )  IN LIEU OF DENIAL OF CHAPTER 7
18                                      )  DISCHARGE UNDER 11 U.S.C. § 727(a)(2),
            Plaintiff,                  )  (a)(3), (a)(4) and (a)(5); CONCURRENT
19                                      )  REQUEST TO VACATE STATUS
    v.                                  )  CONFERENCE HEARING DATE, AND TO
20                                      )  WITHDRAW AND CLOSE ADVERSARY
    BEVERLY MONIQUE MURRAY-             )  ACTION AS FULLY-RESOLVED
21  CALCOTE,                            )
                                        )  Continued Status Conference:
22          Defendant.                  )  Date:   May 22, 2018
                                        )  Time:   1:30 p.m.
23                                      )  Place:  Courtroom 1675
                                        )          255 E. Temple Street
24  _____ )          Los Angeles, CA
25

26         PURSUANT TO the <u>Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C. §§

27  707(b)(3) and 707(a) With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7

28  Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference

    Hearing Date; and Closing Adversary Action</u> ("Stipulation"), documenting the stipulated entry of

- 1 -

an Order effecting the voluntary dismissal of Defendant's underlying Chapter 7 Case with a Refiling Bar as to Chapter 7 Only, the voluntary withdrawal of the U.S. Trustee's pending Adversary Action, 2:17-ap-01487 RK and the parties' concurrent request to vacate the continued Status Conference Hearing date of May 22, 2018 at 1:30 p.m., with the closure of the U.S. Trustee's instant Adversary Action against Defendant/ Debtor, BEVERLY MONIQUE MURRAY-CALCOTE, as previously-agreed by and between the parties, through their respective counsel, GOOD CAUSE HAVING BEEN SHOWN:

    1.    This case is hereby and immediately DISMISSED, with a 8-year refiling bar for any subsequent Chapter 7 case only, from the entry date of the Order approving this Stipulation, in lieu of denial of the Defendant/Debtor's Chapter 7 discharge 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5);

    2.    The Defendant/Debtor shall not and will not file a petition for relief under chapter 7 of Title 11 for a period of 8 years after the bankruptcy court's entry of this Order;

    3.    Any order previously entered granting Defendant/Debtor BEVERLY MONIQUE MURRAY-CALCOTE a discharge in Case No. 2:17-bk-11972 RK, the above-captioned Chapter 7 bankruptcy case, is VACATED;

    4.    The Adversary Action commenced by Plaintiff's Complaint For Denial of the Defendant/Debtor's Discharge, Adv. No. 2:17-ap-01487 RK is fully resolved under the terms of the Stipulation, and is therefore HEREBY WITHDRAWN, and shall be CLOSED concurrently with the entry of this Order;

    5.    Pursuant to the Stipulation, Chapter 7 Trustee Gonzalez and his court-approved professionals have waived their respective fees and expenses incurred throughout the course of this bankruptcy case to investigate and attempt to administer estate assets.   Contemporaneously with the entry of this Order, Chapter 7 Trustee Gonzalez shall return any and all estate assets,

and potential estate assets, in his possession and/or control to the custody and possession of the holder or holders of said assets;

6. Plaintiff, Defendant/Debtor and the Chapter 7 Trustee shall each bear their own fees and costs in connection with the underlying bankruptcy case, including the U.S. Trustee's Adversary Action, and each waives the right to make a claim against the other for such costs, attorneys' fees or any other expenses associated with this matter, including the U.S. Trustee's underlying Adversary Action; and

7. The continued status conference in the Adversary Action, currently set for May 22, 2018 at 1:30 p.m, is hereby VACATED as moot.

IT IS SO ORDERED:

### #

Date: January 26, 2018

_____
Robert Kwan
United States Bankruptcy Judge